**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
--------------------------------------------------------
                                                                           )
In re:                                                                    )
                                                                           )  Case No. 21-42294-nhl
Reamir 57 Corp.,                                                   )
                                                                           )  Chapter 11
                    Debtor.                                         )
                                                                           )
--------------------------------------------------------

## NOTICE OF (I) DIAL-IN INFORMATION FOR TELEPHONIC 341 MEETING AND (II) PRE-MEETING INSTRUCTIONS FOR DEBTOR'S COUNSEL

**PLEASE TAKE NOTICE** that, as indicated on the notice of chapter 11 bankruptcy case (the "Notice") docketed by the Court in above-captioned chapter 11 case (the "Bankruptcy Case"), the initial section 341 meeting of creditors listed on the Notice will be conducted telephonically due to covid-19. Below please find (i) instructions for dialing into the telephonic 341 meeting, and (ii) pre-meeting instructions for debtor's counsel:

**Dial-in Information**

The Debtor, debtor's counsel, and any creditors or other parties in interest who wish to attend the 341 meeting shall appear by telephone at the date and time in time listed on the Notice by dialing the Meeting Phone Number listed below and when prompted entering the Participant Code and then entering the # sign:

- **Meeting Phone Number:**      866-919-4760
- **Participant Code:**      4081400

**Pre-Meeting Instructions for Debtor's Counsel**

No later than two (2) business days prior to the 341 meeting, debtor's counsel is required to fill out, date and sign the annexed *Declaration of Counsel To the Debtor In Connection With Telephonic 341 Meeting* and email it to the undersigned trial attorney for the United States Trustee at Jeremy.S.Sussman@usdoj.gov at least two (2) business days prior to the 341 meeting.

Dated: Brooklyn, NY
           September 15, 2021

                                                                        By:    /s/ Jeremy S. Sussman
                                                                                    Jeremy S. Sussman
                                                                                    Trial Attorney
                                                                                    Office of the United States Trustee
                                                                                    201 Varick Street, Suite 1006
                                                                                    New York, New York 10014
                                                                                    (202) 573-6935

## DECLARATION OF COUNSEL TO THE DEBTOR
## IN CONNECTION WITH TELEPHONIC 341 MEETING

**Pursuant to 28 U.S.C section 1746**

1. I _____, am counsel or proposed counsel to _____ (the "Debtor"), debtor in chapter 11 case no. _____ (the "Bankruptcy Case") pending in the United States Bankruptcy Court for the Eastern District of New York.

2. I make this declaration for the purpose of enabling the United States Trustee to examine the duly authorized representative of the Debtor at the meetings of creditors convened by the United States Trustee, pursuant to Section 341 of the United States Bankruptcy Code, (the "Meetings of Creditors").

3. I understand that the Meetings of Creditors will be conducted by telephone due to the public health emergency associated with the COVID-19 virus.

4. The statements set forth herein are based upon my personal knowledge.

5. The Debtor's bankruptcy petition ("Petition") was filed on _____.

6. The Debtor's schedules ("Schedules") and statements of financial affairs ("SOFA") have been filed in the Bankruptcy Case and appear on electronic case filing docket as ECF docket ##_____. I am the electronic filer of Petition, Schedules and SOFA.

7. The representative of the Debtor who signed the Petition, Schedules and SOFA and is authorized to testify under oath on behalf of the Debtor at the Meetings of Creditors is _____ (the "Representative").

8. I personally witnessed the Representative sign the Petition, Schedules and SOFA.

9. I have fully informed Representative of the importance of testifying accurately, truthfully and completely at the Meetings of Creditors and that Representative on behalf of the Debtor will be examined by the United States Trustee at the Meetings of Creditors under oath and under the penalty of perjury.

10. I have reviewed this Declaration with Representative and have full authority to sign and deliver it to the United States Trustee.

11. I have possession of Representative`s original signatures on the Petition, Schedules and SOFA. The Petition, Schedules and SOFA filed on the electronic docket conform exactly to the Petition, Schedules and SOFA signed by Representative. I will maintain the original signatures of Representative in accordance with (i) the General Order on Electronic Filing Procedures of the United States Bankruptcy Court for the Eastern District of New York and (ii) Rule 5005-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Eastern District of New York.

*I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.*

Executed on: _____

By: _____

Print Name: _____